UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| CITY OF GALESBURG, | ) |
| | ) |
| Plaintiff, | ) Case No. 15-cv-4077 |
| | ) |
| v. | ) |
| | ) |
| AECOM USA, Inc. | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND AGREED ORDER OF DISMISSAL

This matter coming before the Court for entry of this Stipulation And Agreed Order Of Dismissal on the joint request of the parties, City of Galesburg ("Galesburg") and AECOM USA, Inc. ("AECOM"), who have advised the Court that they have entered into a Settlement Agreement settling the claims pending in this case, and the Court being fully advised, IT IS HEREBY ORDERED:

1. Galesburg's claims against AECOM are dismissed without prejudice, and with leave to reinstate to the extent that AECOM fails to timely fulfill its obligations contained in the parties' Settlement Agreement.

Exhibit A

2. To the extent that Galesburg has not filed a motion seeking to reinstate by September 30, 2018, this case shall be deemed dismissed with prejudice as to all parties and all claims.

_____   _____
Entered                                              Date

Agreed to by:

*/s/ Daniel C. Curth*

Daniel C. Curth
Counsel for AECOM USA, Inc.
Goldstein & McClintock LLLP
111 W. Washington, Suite 1221
Chicago, IL  60602
(312)337-7700
danc@goldmclaw.com

*/s/ Bruce S. Bonczyk*

Bruce S. Bonczyk
Counsel for City of Galesburg
Bruce S. Bonczyk Law Office
601 West Monroe Street
Springfield, IL 62704
(217)525-0700
bbonczyk @601w.com